UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61526-CIV-SINGHAL

CINDY SKIBINSKY,

    Plaintiff,

v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon Plaintiff, Cindy Skibinsky's ("Plaintiff"), Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act ("Motion") (DE [37]) and the Report and Recommendation (DE [39]) of the Magistrate Judge recommending that the Motion be granted and that Plaintiff be awarded $9,910.34 in attorney's fees. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge's Report and Recommendation (DE [39]) is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Attorney's Fees (DE [37]) is **GRANTED**. Plaintiff is awarded $9,910.34 in attorney's fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 20th day of February, 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF